REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-44 |
| | ) |
| KIMBERLY BARNETT | ) |
| | ) |
| Defendant. | ) |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 12, 2005, Kimberly Barnett was indicted for Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(3) and Making False Statements in Acquisition of a Firearm in violation of 18 U.S.C. §922(a)(6).

2. Kimberly Barnett (d.o.b. ███ 73) is currently a pretrial detainee on various State offenses. The defendant is detained at the Baylor Women's Correctional Institution, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, May 19, 2005, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Baylor Women's Correctional Institutional Institution, to bring the said defendant Kimberly Barnett before this Court on May 19, 2005, at 1:00 p.m. for an Initial Appearance and to detain said defendant in the custody of the U.S. Marshall Service after the Initial Appearance as this Court may direct.

                              COLM F. CONNOLLY
                              United States Attorney

By: _____
     Ferris W. Wharton
     Assistant United States Attorney

Dated: May 12, 2005

**IT IS SO ORDERED** this __12__ day of __May_____, 2005.

                              _____
                              HONORABLE MARY PAT THYNGE
                              United States Magistrate Court