IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　v.<br><br>**KIMBERLEY BARNETT**<br>　　Defendant. | §<br>§<br>§ CRIMINAL ACTION NO. **CR 05-44-UNA**<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:　DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
　　　WARDEN OF DELORES BAYLOR WOMEN'S CORRECTIONAL INSTITUTION,
　　　WILMINGTON, DELAWARE

GREETINGS:

　　We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **KIMBERLEY BARNET** who is now detained and imprisoned in the **DELORES BAYLOR WOMEN'S CORRECTIONAL INSTITUTION** and who is a defendant in the above-entitled cause, in which cause the said **KIMBERLY BARNETT** was charged with a POSSESSION OF A FIREARM BY A PERSON PROHIBITRED in violation of  of 18 U.S.C. SECTION 922(g)(3) and MAKING A FALSE STATEMENT IN ACQUISITION OF A FIREARM in violation of 18 U.S.C. Section 922(a)(6) for an **INITIAL APPEARANCE ON MAY 19, 2005 AT 1:00 PM** , and to remain in the custody of the U.S. Marshal  until the conclusion of the charges.

　　And have you then and there this writ.

　　To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate  Judge of the District Court of the United States for the District of Delaware, this 12TH day of MAY 2005.

FILED
MAY 1 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
　　Deputy Clerk