

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

July 8, 2005

The Honorable Sue L. Robinson
Chief Judge
United States District Court
844 King Street
Wilmington, Delaware  19801

    **RE:  United States v. Kimberly Barnett**
          <u>**Criminal Action No. 05-44-SLR**</u>

Dear Chief Judge Robinson:

    This letter is to advise the Court that the government and the defendant, through defense counsel, have reached an agreement under which the defendant will offer a guilty plea in the above captioned case.  The parties request that the Court schedule a date for a change of plea hearing. I am enclosing an unexecuted copy of the Memorandum of Plea Agreement.

    Please let me know if the Court requires any further information.

                             Very truly yours,

                             COLM F. CONNOLLY
                             United States Attorney

                    By:  /s/ Ferris W. Wharton
                       Ferris W. Wharton (ID# 945)
                       Assistant United States Attorney

cc: Eleni Kousoulis, Esquire