IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    Crim. No. 05-044-SLR
                                   )
KIMBERLY BARNETT,                  )
                                   )
          Defendant.               )

**O R D E R**

At Wilmington this    8th    day of July, 2005, having
been advised by counsel that defendant intends to change her plea
of not guilty to guilty;

IT IS ORDERED that:

1.    A change of plea hearing is scheduled for **Monday,
August 1, 2005** at **8:00 a.m.** in courtroom 6B, sixth floor Federal
Building, 844 King Street, Wilmington, Delaware.

2.    The time between this order and the **August 1, 2005**
change of plea hearing shall be excluded under the Speedy Trial
Act in the interests of justice.   18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge