IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-044-SLR |
| | ) |
| KIMBERLY BARNETT, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 8th day of July, 2005, having been advised of a conflict in the original date set for the change of plea;

IT IS ORDERED that:

1. The change of plea hearing scheduled for **Monday, August 1, 2005** is **rescheduled** to **Monday, August 8, 2005** at **8:30 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **August 8, 2005** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                                              United States District Judge