IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-44-SLR |
| | ) | |
| KIMBERLY BARNETT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Indictment pursuant to the Memorandum of Plea Agreement dated August 8, 2005.

                                                        COLM F. CONNOLLY
                                                        United States Attorney


                                                  By:  /s/   Ferris W. Wharton
                                                            Ferris W. Wharton, ID #945
                                                             United States Attorney

Dated: November 4, 2005

        SO ORDERED this _____ day of _____, 2002.


                _____
                Sue L. Robinson
                United States District Judge