IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-44-SLR |
| | ) | |
| KIMBERLY BARNETT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Indictment pursuant to the Memorandum of Plea Agreement dated August 8, 2005.

                COLM F. CONNOLLY
                United States Attorney

By: /s/ Ferris W. Wharton
     Ferris W. Wharton, ID #945
     United States Attorney

Dated: November 4, 2005

SO ORDERED this \_\_4th\_\_ day of \_\_November\_\_, 200**5**.

_____
Sue L. Robinson
United States District Judge