Dear Judge Sue Robinson,     05cr44-SLR

My name is Kimberly Barnett, I am currently incarcerated at Delores J. Baylor intsitution, serving a state sentence and part of a 15 month Federal sentence. The nine months of my Federal sentence is up on August 03, 2006. And the Remainder is to be spent in Federal prison. This is because I am in a state Drug program called The Key Village, I have been in this program since April 19, 2005. I am writing you because, I am asking for a sentence modification. Do to the fact that I have 3 children, who are currently in the care of their Grandparent's. My soon to be ex-husbands family. I am having issues with my husband and his family with me seeing my kid's, and communicating with them. Mam, I have made many mistakes in my addiction and have caused my children and family alot of worry, and let them down alot. And up till 1-24-06, I was being allowed to write to my children and call them. Now my husband's family has cut off communication. This is all do to the fact that my husband and I and 2 other individuals were involved in an other charges, in which the charge we had all accumaleted were very serius, and could of caused me to get more jail time, my husband and his family all wanted me to lie and →

say that my husband was not involved. In the meantime for close to a year, his family believed that I was gonna carry out their and my husband's lie. They all knew that in fact He and I both were guilty. They went ahead and hired him a lawyer to have the charges dismissed. During the course of the time we had to wait to go to trial, I was allowed to speak to my children, and the family had brought them in to visit me a couple of times. My husband was and still is incarcerated, and we communicated thru letters, of how we all were gonna work on getting our lives in order and get our family reunited. However, your honor I am in a treatment program, and I knew that if I continued to carry this lie out, and it was also a hinderance to my recovery by keeping this secret, so I exposed it, and told the truth. I ended up with probation, and my husband got 6 months in jail. Well the family has since then cut me off from all communication with my kids, and I'm not even sure if they are recieving my letters. My husband's mother = has told me that it's all my fault that her son is in jail, and that my children have no father because of me. She stated that I am longer allowed to be a part of my kid's lives. Mam, I believe that

before this "Heid" occurred on 1-24-06, me and my children were making progress. and the kids and I were beginning to build a relationship thru my letters and brief phone calls once a week. Now that has all stopped, the family has cut me off all contact with them, I am truly devasted, by the fact that my children are being used against me, it's like as long as I was willing to lie for my husband, and take his charges, I would be allowed to be a part of their lives. and the family and my husband accepted me. But since I told the truth, I am now being blamed for my husband incarceration, I am truly grieving over my children, and I have taken the neccessary steps in family court and child services, To get communication back with my children. I have been thru so much and have truly learned so much about myself in here, that I know that I am a good mother and a good person, that my children should not be used as a weapon against me, I am asking for this Reduction, so I will be allowed to remain in the state of DELaware and go to transitional housing from here, at BWCI, I have written 2 Transitional housing programs. And have been accepted by one in Georgetown, call the way home program. I am asking that my time be reduced to August, that is also when I should be →

completing all of his program, but I have in this world is myself and God, And I am asking for this chance to go on with my life, so I can get reunited with my children, and I also understand that this is all a process, And I am getting the help I need from family services, with my children as far as counseling or any other service that may be necessary. Please consider, Like I said all I have is ME and God. ~~oo~~ I'm not sure how to go any other way but to write to you. I thank you for your time and consideration.

Thank-you,
Kimberly A. Barnett
S.B.I. 450665



RECEIVED
FEB - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Mrs. Kimberly A. Barnett
660 Baylor Blvd.
New Castle, DE. 19720

United States District Court
District of Delaware
Burling St. Federal Building
844
Wilmington, DE. 19801
(Attn) Honorable Sue L. Robinson

U.S.M.S. X-RAY