**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

February 13, 2006

Kimberly Barnett
SBI # 450665
Delores J. Baylor
  Women's Correctional Institution
660 Baylor Blvd.
New Castle, DE  19720

        Re:  **United States v. Kimberly Barnett**,
              Crim. No. 05-44-SLR

Dear Ms. Barnett:

      The court is in receipt of your letter dated February 8, 2006. It is unclear from your correspondence whether you are asking for review of your sentence pursuant to the Federal Habeas Corpus statute, 28 U.S.C. § 2255, or are seeking other consideration. If your intention is to seek relief under 28 U.S.C. § 2255, you must file the appropriate forms with the court.

                                          Sincerely,

                                          Sue L. Robinson