2-27-06

To: Clerk of Court,

My name is Kimberly Barnett, I am currently incarcerated at the Delores J. Baylor Womens Correctional institute, serving a state sentence, and a federal sentence, I have recently wrote Judge Sue Robinson about my sentence. She replied to my letter and stated that if I am asking for a modification, or a sentence reduction that I should file the proper paperwork. I am asking for my sentence to be reduced, could you please send me the proper forms, so I can do so, A.S.A.P. Please. I ask the prison law library here about the paperwork, and they don't have anything.

My Address:
660 Baylor Blvd
New Castle, DE. 19720
S.B.I. 450665

Thank you very much,
God Bless
Kimberly A. Barnett

Kimberly Barnett
400 Bayler Blvd
New Castle, DE, 19720
Unit 4 = SBI 450665

U.S. Federal Court
844 King St. Federal Building
Wilmington DE, 1980l
(Attn: Court Clerk)