OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

March 6, 2006

TO: Kimberly Barnett  
SBI# 450665  
660 Baylor Boulevard  
New Castle, DE 19720

**RE:  *Request for 2255 Forms; CR 05-44(SLR)***

Dear Ms. Barnett:

    This office received a letter from you on 3/1/06 requesting 2255 forms. Enclosed please find the above mentioned forms.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson  
enc. 2255 Forms