AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

RECEIVED
2005 MAY 12  P 1:46
U.S. MARSHALS SERVICE
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

KIMBERLY BARNETT

**WARRANT FOR ARREST**

Case Number:   CR 05-44

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KIMBERLY BARNETT _____
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation    Probation Violation Petition

charging him or her   (brief description of offense)

POSSESSION OF A FIREARM BY A PROHIBITED PERSON

in violation of _____ 18 _____ United States Code, Section(s) _____ 922(g)(3) and 18:922(a)(6) _____

| Peter T. Dalleo | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Evette Watson, Deputy Clerk | May 12, 2005 in Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____

Name of Judicial Officer

FILED
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____ Kimberly Barnett _____

| DATE RECEIVED 5-12-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5-19-05 | William David, DUSM | William David |