FILED
AUG 16 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

8-12-06

Dear Sue Robinson,

CR 05-44 (SLR)

My name is Kimberly Barnett on November 3, 2005, you sentenced me to 15 months incarceration. 9 months of that sentence was to run concurrent with my state sentence. The remainder is to be served in Federal Prison. As of August 3, 2006 Both my level 5 state sentence and the 9 month Federal sentence have been fullfilled. I still have a level 4 crest sentence to be served for the state. But I cannot start my level 4 time until my Federal sentence has been done. My question to you is my time still counting even though I am still in state custody. Will I still be eligiable for Federal Good time, and will I be able to any additional time taken off since I am going to level 4 crest-work release. I plan on going to Transitional housing once I am released from there. I must say that being incarcerated for the past 18 months has given me alot of time to re-think about what is most important to me, and that is me and my children. I have utilized every day in here postively, and I now have goals and dreams.

Thank You, Kimberly A. Barnett

Kimberly Barrett
600 Baylor Blvd.
New Castle, DE, 19720

WILMINGTON DE 197
15 AUG 2006 PM 1 T

U.S.W. X-RAY

U.S. Federal Court House
844 King St, Federal Building
Wilmington, DE, 19801

Attn: Honorable Sue Robinson