Dear Judge, Robinson,    10-12-06

CR05-44SLR
RG Sentence

FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT DELAWARE

My name is Kimberly Barnett. On November 3 2005, I recieved a 15 month jail sentence from you, for possesion of a firearm by person prohibited. 9 month's of that sentence was to run concurrent with my state sentence, which ended on 8-3-06. On 8-21-06 I was taken to Philadelphia Federal center, then on 9-27-06 arrived at Danbury CT. Correctional Inst. I spoke with inmate records and they advised me that my Federal sentence did not start until December 05 and that my release date is not until 1-13-07. When it should be 12-13-06. Plus an additional 30 days if I am approved for half-way house. I feel there is an error and would like for it to corrected. If you could. That I should be out of Danbury in November 06.. I still have a Level 4 sentence to complete in Delaware Womens work-Release.    Thank-you,

04982-015    Kimberly A. Barnett

Kimberly Barnett 04982-015
Federal Correctional Institution
33½ Pembroke Station
Danbury, CT. 06811

STAMFORD CT 069
13 OCT 2006 PM 3 T

Delaware Federal Courthouse
844 King St. Lockbox 18
Wilmington, DE. 19801

Attn: Sue Robinson (Judge)