



Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.   Crim. No. 1:05CR00044-001 (SLR)

Kimberly Barnett

    On January 12, 2007 the above named was placed on Supervised Release for a period of two years. She has served one year of the term, but is now subject to state custody and supervision that has interfered with our supervision process. She will remain on supervision with the State of Delaware until 2010. Therefore, it is respectfully recommended that Kimberly Barnett be discharged from Supervised Release.

Respectfully submitted,

*Amie K. Docherty*

Amie K. Docherty
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 26th day of August, 2008.

The Honorable Sue L. Robinson
U.S. District Judge

CERTIFIED:
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY
Deputy Clerk